IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **INT'L GREEN STRUCTURES, LLC,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-291 |
| **GLOBAL MGMT. PARTNERS, LLC,** *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff filed this suit asserting various state law causes of action against Defendants. (Compl., ECF No. 1.) Because it was not evident to the Court that complete diversity existed between Plaintiff—a limited liability company ("LLC") whose citizenship derives from its members' citizenship—and Defendants, one of which is also an LLC and is similarly restricted to the citizenship of its members, the Court ordered Plaintiff to provide a jurisdictional statement that would assist the Court in determining the existence *vel non* of diversity jurisdiction. (ECF No. 5.) In response, Plaintiff has filed the required statement and has filed an amended complaint, eliminating one of the Defendants and adding a count designed to confer federal-question jurisdiction. (ECF Nos. 6, 7.)

Plaintiff's efforts do not establish complete diversity between the parties. Although Plaintiff has eliminated an *individual* Defendant, Morris Moses, that former individual Defendant's citizenship still matters because of his status as a member of an LLC, which remains a Defendant. However, Plaintiff has asserted a somewhat colorable claim under 42 U.S.C. § 1981 based on Defendants' alleged, racially discriminatory denial of Plaintiff's rights to make contracts. The presence of this additional count confers federal-question jurisdiction upon the

Court to entertain Plaintiff's amended complaint, including the state law counts under the Court's supplemental jurisdiction.

Plaintiff's amended complaint was filed as of right under Federal Rule of Civil Procedure 15(a), and no further order of the Court is necessary for its docketing. Plaintiff is DIRECTED to proceed with service on Defendants.

DATED this 12th day of February, 2013.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge