IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

INT'L GREEN STRUCTURES, LLC, *

    Plaintiff *

v. * CIVIL NO. JKB-13-291

GLOBAL MKTG. PARTNERS, LLC, *et al.*, *

    Defendants *

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Plaintiff's amended complaint was filed on February 12, 2013. (ECF No. 7.) Named as a defendant is Glenn Stamps, who is chairman and CEO of codefendant Global Marketing Partners USA ("GMP"). Mr. Stamps has *pro se* filed with the Court a request for extension of time within which to secure legal representation for both him and his business. (ECF No. 10.) Although, according to the Court's rules, a corporation cannot be represented by a nonattorney, and thus Mr. Stamps cannot properly make a request on behalf of GMP, the Court notes the close association between the individual defendant and the corporate defendant and will, only for the purposes of the instant request, grant an extension of time for the two defendants to file an answer or other responsive pleading. This extension is premised on the assumption that proper service was effectuated on both defendants on February 11, 2013, an assumption not yet supported by proof of service in the Court's docket. Accordingly, it is hereby ORDERED, Defendant Stamps and Defendant GMP shall file their respective answers or other responsive pleadings on or before **April 3, 2013**. Defendants are forewarned that failure to comply with this deadline may result in the entry of default judgment against them.

The Clerk shall ensure that all parties are provided with a copy of this memorandum and order.

DATED this ___5___ day of March, 2013.

                                              BY THE COURT:

                                              _/s/ James K. Bredar_
                                              James K. Bredar
                                              United States District Judge